EXHIBIT A



**Maintenance Fee Notice**

No maintenance fees are required in design patents.

**Patent Term Notice**

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)

**US D1,012,750 S**

Page 2

(56)                    **References Cited**

OTHER PUBLICATIONS

Kupelwieser, The Heart of Mary (Artwork), Accessed Online on Apr. 27, 2021, https://en.wikipedia.org/wiki/Immaculate_Heart_of_Mary#/media/File:Immaculate_Heart_of_Mary.jpg.
Sacred Heart of Jesus (Artwork), Artist: 19th Century Portuguese School, Created in 1800s, Accessed Online on Apr. 27, 2021, https://en.wikipedia.org/wiki/Sacred_Heart#/media/File:Sagrado_Cora%C3%A7%C3%A3o_de_Jesus_-_escola_portuguesa_,_s%C3%A9culo_XIX.png.

* cited by examiner

US0D1012750S

(12) **United States Design Patent**
Huerta

(10) Patent No.:    **US D1,012,750 S**
(45) Date of Patent:    ** Jan. 30, 2024

(54) **JEWELRY ARTICLE**

(71) Applicant: **The Little Catholic, LLC**, Rowland Heights, CA (US)

(72) Inventor: **Priscilla Huerta**, Laguna Hills, CA (US)

(73) Assignee: **The Little Catholic, LLC**, Rowland Heights, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/788,404**

(22) Filed: **May 17, 2021**

(51) LOC (14) Cl. ............................ **11-01**
(52) **U.S. Cl.**
USPC ............................................. **D11/81**
(58) **Field of Classification Search**
USPC ....... D11/1–6, 8, 26, 30, 32–34, 48, 63, 67,
D11/73, 79, 81, 84, 86, 89, 95–97, 99,
D11/103, 105–106, 114–115
CPC ...... A44C 15/00; A44C 15/004; A44C 25/00;
A44C 25/001; A44C 25/25; A44C
25/007; A44C 9/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D109,800 | S | * | 5/1938 | Foss ........................ 63/15 |
| D130,945 | S | * | 12/1941 | Dewer ...................... D11/7 |
| D135,050 | S | * | 2/1943 | Lampl ...................... D11/83 |
| D135,057 | S | * | 2/1943 | Lampl ...................... D11/83 |
| D162,079 | S | * | 2/1951 | Philippe .................... D11/4 |
| D342,918 | S | * | 1/1994 | Henry ...................... D11/81 |
| D442,515 | S | * | 5/2001 | Schlinger ................. D11/103 |
| D657,707 | S | * | 4/2012 | Koutsobinations ......... D11/52 |
| D833,905 | S | * | 11/2018 | Kadar ..................... D11/56 |
| D910,482 | S | * | 2/2021 | Pugachevskiy ............. D11/86 |
| D997,025 | S | * | 8/2023 | Aschendorf ............... D11/91 |
| D999,093 | S | * | 9/2023 | Riviera .................... D11/8 |
| D1,000,990 | S | * | 10/2023 | Fang ...................... D11/56 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EM | 008760227-0001 | * | 11/2021 |
| EM | 008760227-0002 | * | 11/2021 |

OTHER PUBLICATIONS

The Little Catholic, Date Available May 31, 2020, Facebook, Site Visited on Mar. 20, 2023: https://www.facebook.com/TheLittleCatholic/photos/pb.100063556850805-2207520000./874478893039800/ (Year: 2020).*

Bowen, Hearts of the Holy Family (Artwork), Accessed Online on Apr. 27, 2021, https://www.leannebowen.com/products/the-hearts-of-the-holy-family.

(Continued)

Primary Examiner — Llorelyn Martinez-Rivera
Assistant Examiner — Nicole M. Leech
(74) Attorney, Agent, or Firm — MLO, a professional corp.

(57) **CLAIM**

The ornamental design for a jewelry article, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a jewelry article showing my new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a top view thereof;
FIG. **7** is a bottom view thereof; and,
FIG. **8** is another front perspective view of the jewelry article in FIG. 1, shown in a state of use.
The broken lines in FIG. **8** represent environmental subject matter only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 4          FIG. 5




FIG. 4



FIG. 5

**U.S. Patent**    Jan. 30, 2024    Sheet 4 of 6    US D1,012,750 S




FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



**Maintenance Fee Notice**

No maintenance fees are required in design patents.

**Patent Term Notice**

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)

# US D1,043,407 S

Page 2

(56)          **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D1,005,165 S | * | 11/2023 | Ratliff | | D11/81 |
| D1,012,750 S | * | 1/2024 | Huerta | | D11/81 |
| D1,022,778 S | * | 4/2024 | Huang | | D11/84 |
| D1,022,779 S | * | 4/2024 | Lan | | D11/56 |
| D1,022,781 S | * | 4/2024 | Fang | | D11/81 |
| D1,024,835 S | * | 4/2024 | Dong | | D11/56 |
| D1,025,819 S | * | 5/2024 | Chen | | D11/81 |
| 2024/0065393 A1 | * | 2/2024 | Wells | | A44C 25/007 |

### OTHER PUBLICATIONS

The Little Catholic Holy Family Hearts, Date Available Jun. 22, 2022, Facebook, Site Visited on Apr. 4, 2024: https://www.facebook.com/TheLittleCatholic/photos/pb.100063556930905.-2207520000/1392694037904956/?type=3 (Year: 2022).*

Sacred and Immaculate Hearts Lapel Pin, Date Available Apr. 29, 2012, Holy Rosary Books and Gifts, Site Visited on Apr. 4, 2024: https://www.holyrosarybooksandgifts.com/new-items/sacred-and-immaculate-hearts-lapel-pin/ (Year: 2012).*

Notice of Allowance and Fees dated Nov. 14, 2023 for U.S. Appl. No. 29/788,404.

Bowen, Hearts of the Holy Family (Artwork), Accessed Online on Apr. 27, 2021, https://www.leannebowen.com/products/the-hearts-of-the-holy-family.

Kupelwieser, The Heart of Mary (Artwork), Accessed Online on Apr. 27, 2021, https://en.wikipedia.org/wiki/Immaculate_Heart_of_Mary#/media/File:Immaculate_Heart_of_Mary.jpg.

Office Action dated Mar. 28, 2023 for U.S. Appl. No. 29/788,404.

Sacred Heart of Jesus (Artwork), Artist: 19th Century Portuguese School, Created in 1800s, Access Online on Apr. 27, 2021, https://en.wikipedia.org/wiki/Sacred_Heart#/media/File:Sagrado_Cora%C3%A7%C3%A3o_de_Jesus_-_escola_portuguesa,_s%C3%A9culo_XIX.png.

The Little Catholic, Date Available May 31, 2020, Facebook, Site Visited on Mar. 20, 2023: https://www.facebook.com/TheLittleCatholic/ photos/pb.100063556930905.-2207520000/874878893019809/ (Year: 2020).

* cited by examiner



US0D1043407S

(12) **United States Design Patent**

Huerta

(10) Patent No.: **US D1,043,407 S**

(45) Date of Patent: ** Sep. 24, 2024

(54) **JEWELRY ARTICLE**

(71) Applicant: **The Little Catholic, LLC**, Rowland Heights, CA (US)

(72) Inventor: **Priscilla Huerta**, Laguna Hills, CA (US)

(73) Assignee: **The Little Catholic, LLC**, Rowland Heights, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/876,587**

(22) Filed: **May 24, 2023**

**Related U.S. Application Data**

(62) Division of application No. 29/788,404, filed on May 17, 2021, now Pat. No. Des. 1,012,750.

(51) LOC (14) Cl. .................................. **11-01**
(52) U.S. Cl.
      USPC ........................................... **D11/81**
(58) **Field of Classification Search**
      USPC ....... D11/1–6, 8, 26, 30, 32–34, 48, 63, 67,
               D11/73, 79, 81, 84, 86, 89, 95–97, 99,
               D11/103, 105–106, 114–115
      CPC ...... A44C 15/00; A44C 15/004; A44C 25/00;
               A44C 25/001; A44C 25/005; A44C
               25/007

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D109,800 S | 5/1938 | Foss |
| D130,945 S | 12/1941 | Dawer |
| D135,050 S | 2/1943 | Lampl |
| D135,057 S | 2/1943 | Lampl |
| D162,079 S | 2/1951 | Philippe |
| D342,918 S | 1/1994 | Henry |
| D442,515 S | 5/2001 | Schlinger |
| D657,707 S | 4/2012 | Koutsolioutsos |

| | | |
|---|---|---|
| D833,905 S | 11/2018 | Kadar |
| D910,482 S | 2/2021 | Pugachevskiy |
| D697,025 S | 8/2023 | Aschauedorf |
| D699,093 S | 9/2023 | Riviezu |
| D1,000,999 S | 10/2023 | Fang |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EM | 0087602270001 | 11/2021 |
| EM | 0087602270002 | 11/2021 |

OTHER PUBLICATIONS

Yellow Gold Sacred Heart Immaculate Heart, Date Available Oct. 26, 2021, Etsy, Site Visited on Apr. 4, 2024: https://www.etsy.com/listing/974977844/14k-yellow-gold-over-sterling-silver-or (Year: 2021).*

(Continued)

*Primary Examiner* — Gino Colan
*Assistant Examiner* — Nicole M. Leech
(74) *Attorney, Agent, or Firm* — MLO, a professional corp.

(57)           **CLAIM**

The ornamental design for a jewelry article, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of a jewelry article;
FIG. 2 is a front view thereof;
FIG. 3 is a rear view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top view thereof;
FIG. 7 is a bottom view thereof; and,
FIG. 8 is a front perspective view of the jewelry article shown in a position of use as a pendant.
In the drawings, the broken lines depict environmental structure and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



**U.S. Patent**    Sep. 24, 2024    Sheet 1 of 5    US D1,043,407 S



FIG. 1



FIG. 2

FIG. 3

**U.S. Patent**    Sep. 24, 2024    Sheet 3 of 5    US D1,043,407 S



FIG. 4            FIG. 5

U.S. Patent    Sep. 24, 2024    Sheet 4 of 5    US D1,043,407 S



FIG. 6



FIG. 7





FIG. 8