# Exhibit C

guadalupegifts.com

15% off your first order*



Search...

Home /

# Gold Vermeil Three Hearts of the Holy Family 18"

☆☆☆☆☆ Write a review

SKU: AU-MMN523Y



Hi there 👋 If you need any assistance, I'm always here.

Enter your message...

Privacy - Terms

Get $15.00 Off

Price

$65.00


