**Exhibit F**

From: **Juan Carlos Valerio** <stms2004@gmail.com>
Date: Mon, Nov 18, 2024 at 5:38 PM
Subject: Re: Please Forward on to your Legal Counsel
To: Emily Kearney <emily@thekearneyfirm.com>
Cc: <info@guadalupegifts.com>

Dear Ms. Kearney,

Thank you for the attached letter regarding your client, The Little Catholic, LLC ("TLC"), and its alleged intellectual property rights.  Please note that our company does not manufacture products and that it only buys products for resell.  In light of your letter, and the intellectual property rights you claim your client has, my company has taken steps to ensure that no product alluded to in your letter is purchased for resale or marketed by my company.  And, while my company may have in the past purchased at least one product that appears to fall within the scope of your letter, these purchases were *de minimis* and the amounts involved with these purchases did not reach five hundred dollars.  Clearly, there is a complete disconnect between what you believe may have happened, which I am certain cannot be supported with any evidence, and what actually happened as it relates to my company.  To be sure, should you or your client find any photographs or products being marketed on my company's website that you or your client believe infringes your client's rights, please let me know at your earliest convenience so that we can take further *immediate* corrective actions, if necessary.  Of course, none of the photographs on our company's website were copied or reproduced from your client's website; this statement is simply incorrect and not true.  All alleged infringing photographs, if any, were provided to our company by third parties that did not indicate that the same violated your client's or any other party's intellectual property rights.

Thank you again for your letter and we trust that this email will bring this matter to an end.

Sent from my iPhone