**Exhibit H**



 

Home /

# Gold Vermeil Blue Enamel Lourdes Necklace with White Crystals 18"

☆☆☆☆☆ Write a review

SKU: A-MSN047



● ● ● ● ● ● ●

## Price

$45⁰⁰

🚚 Free shipping & free returns

🔒 Secure payments



Privacy - Terms

🔒 guadalupegifts.com

3:46

 **Guadalupe Gifts**
SHARE YOUR FAITH

Home /

# Gold Vermeil Blue Enamel Lourdes Necklace with White Crystals 18"

☆☆☆☆☆ Write a review

SKU: A-MSN047



## Price

$45.00

🚚 Free shipping & free returns

🔒 Secure payments


Get $15.00 Off

Privacy - Terms

🔒 guadalupegifts.com



  

Home /

# Gold Vermeil Blue Enamel Lourdes Necklace with White Crystals 18"

☆☆☆☆☆ Write a review

SKU: A-MSN047



● ● ● ● ● ● ●

## Price

$45⁰⁰

🚚 Free shipping & free returns

🔒 Secure payments



Privacy · Terms