# Exhibit I





