# Exhibit J

